# EXHIBIT A

# Widener Law

## 2011 Graduate Employment Survey

Exit this survey

### 1. Graduate Survey - Widener Law

Class of 2011

**＊1. Please enter your contact information. Please note that a valid e-mail address is required.**

Name:

Address:

Address 2:

City/Town:

State: -- select state --

ZIP/Postal Code:

Country:

Email Address:

Phone/Mobile Number:

## 2. Race/Ethnicity

☐ Hispanic/Latino        ☐ Asian        ☐ American Indian/Alaska Native

☐ Black/African American   ☐ Native Hawaiian or Pacific Islander   ☐ White/Caucasian

## 3. Demographic information: Disability Status

☐ Not Disabled        ☐ Mobility Impairment        ☐ Other

☐ Visual Impairment     ☐ Speech Impairment

☐ Hearing Impairment    ☐ Learning Disability

**＊4. What is your employment status?**

○ Employed (legal or non-legal) - Please include Employer name, city, state and job title in comment field below

○ Enrolled in full time degree program

○ Seeking work

○ Studying for the bar full-time

○ NOT seeking work

**If employed please provide Employer's name, City and State and your Job Title**

```
┌──────────────────────────────────┐▲
│                                  │
│                                  │
│                                  │▼
└──────────────────────────────────┘
```

## 5. If employed, when did you receive job offer?

○ Before graduation

○ After graduation but before the bar results

○ After bar results

○ Returned to prior employer

## 6. If employed, my job is/will be (check all that apply)

☐ Full time                    ☐ Temporary

☐ Part-time                  ☐ Permanent

## 7. If employed, my job is (check one):

○ Bar admission required            ○ Professional

○ J.D. preferred                   ○ Non-Professional

## 8. If employed, my job is with a (select one):

| | | |
|---|---|---|
| ○ law firm: main office | ○ military | ○ public interest agency |
| ○ law firm: branch office | ○ prosecution:federal | ○ business: in-house legal |
| ○ contract attorney | ○ prosecution: state | ○ business: management |
| ○ judicial clerkship / federal | ○ prosecution: local | ○ business: consulting |
| ○ judicial clerkship / state | ○ public defender | ○ business: self-employed |
| ○ judicial clerkship / local trial | ○ other government agency | ○ business: other |

## 9. If employed with a law firm, how many attorneys?

```
┌──────────────────────────────────┐▲
│                                  │
│                                  │
│                                  │▼
└──────────────────────────────────┘
```

## 10. If employed with a business, what industry and job title?

```
┌──────────────────────────────────┐▲
│                                  │
│                                  │
│                                  │▼
└──────────────────────────────────┘
```

**11. If employed, current or starting salary:[note: we collect salary information to provide current and prospective students and alumni with realistic information about attorney salaries. We report the collected data without personal identifying information.]**

[                                        ]

**12. If employed, source of job (select one)**

◯ Fall On Campus Interview

◯ Spring On Campus Interview

◯ Pre-Law school employer

◯ Career Development Office Job Posting

◯ Contact

◯ Targeted Mailing

◯ Internet

◯ Temp Agency

◯ Other

**13. May we share your answers to the above questions with wht Widener Alumni Relations Office for their statistical analysis only?**

◯ Yes

◯ No

[ Done ]

# EXHIBIT B

**Employment Statistics and Trends**



**Judicial Clerkships**

One employment trend for Widener graduates shows that a larger percentage of Widener's employed graduates obtain judicial clerkships than do employed graduates nationally. A judicial clerkship is a position with a sitting judge, usually for a term of one year, where a law graduate works closely with the judge on his or her cases. Judicial clerkships are highly sought after positions because they offer an outstanding opportunity to enrich a graduate's legal training under the tutelage of a judge. Many legal employers prefer to hire graduates who have had judicial clerkships.

**Class of 2004 Profile**

Graduates of the Class of 2004 had a 90% employment rate within nine months of graduation

**Full Time Legal Employers**

- Private Practice    53%
- Judicial Clerkship    28%
- Government    11%
- Business/Industry    5%
- Public Interest    2%
- Job Type Unknown    1%

**Employer Locations**

- Pennsylvania    54%
- Delaware    20%
- New Jersey    16%
- Maryland    3%

Other graduates are located in California, Florida, Georgia, New Hampshire, New York, North Carolina, Virginia, Texas and Washington, D.C.

**Related Links:**

- Statistics: Our School and Our Grads
- Judicial Clerkships

**Employment Statistics and Trends**



**Judicial Clerkships**

One employment trend for Widener graduates shows that a larger percentage of Widener's employed graduates obtain judicial clerkships than do employed graduates nationally. A judicial clerkship is a position with a sitting judge, usually for a term of one year, where a law graduate works closely with the judge on his or her cases. Judicial clerkships are highly sought after positions because they offer an outstanding opportunity to enrich a graduate's legal training under the tutelage of a judge. Many legal employers prefer to hire graduates who have had judicial clerkships.

**Class of 2005 Profile**

Graduates of the Class of 2005 had a 90% employment rate within nine months of graduation

**Full Time Legal Employers**

- Private Practice   51%
- Judicial Clerkship   22%
- Government   17%
- Business/Industry   6%
- Public Interest   3%
- Job Type Unknown   1%

**Employer Locations**

- Pennsylvania   61%
- Delaware   16%
- New Jersey   14%
- Maryland   4%

Other graduates are located in Arizona, California, Colorado, Connecticut, Florida, Georgia, Illinois, New Hampshire, North Carolina, Virginia and Washington, D.C.

**Judicial Clerkships**

One employment trend for Widener graduates shows that a larger percentage of Widener's employed graduates obtain judicial clerkships than do employed graduates nationally. A judicial clerkship is a position with a sitting judge, usually for a term of one year, where a law graduate works closely with the judge on his or her cases. Judicial clerkships are highly sought after positions because they offer an outstanding opportunity to enrich a graduate's legal training under the tutelage of a judge. Many legal employers prefer to hire graduates who have had judicial clerkships.

**Class of 2007 Profile**

*Graduates of the Class of 2007 had a **96% employment advanced degree rate** within nine months of graduation*

**Full Time Legal Employers**

- Private Practice 49%
- Judicial Clerkship 28%
- Government 13%
- Business/Industry 7%
- Public Interest 3%

**Employer Locations**

- Pennsylvania 57%
- Delaware 14%
- New Jersey 19%
- Maryland 2%

Other graduates are located in Arizona, California, Florida, Hawaii, Illinois, Ohio, Oregon, South Carolina, Texas, Virginia,  Washington, D.C. and India.



# Widener Law

09 | 10 DEAN'S ANNUAL REPORT

## CLASS OF 2009 FULL-TIME LEGAL EMPLOYMENT BY SECTOR (among graduates employed full-time nine months after graduation)



**Delaware Campus**

- 50.8% Private Practice
- 30.0% Judicial Clerkship
- 13.1% Government
- 2.3% Business/Industry
- 3.8% Public Interest

**Harrisburg Campus**

- 46.7% Private Practice
- 17.3% Judicial Clerkship
- 25.3% Government
- 6.7% Business/Industry
- 2.7% Public Interest
- 1.3% Academic

**Both Campuses**



- 49.2% Private Practice
- 25.4% Judicial Clerkship
- 17.6% Government
- 3.9% Business/Industry
- 3.4% Public Interest
- 0.5% Academic

## JULY 2010 PENNSYLVANIA BAR PASSAGE RATES for Widener Law Graduates (first attempt)



- 82.6% DE
- 87.7% HB
- 84.7% PA AVG

## EMPLOYMENT within nine months of graduation



| | 07 DE | 07 HB | 07 NAT AVG | 08 DE | 08 HB | 08 NAT AVG | 09 DE | 09 HB | 09 NAT AVG |
|---|---|---|---|---|---|---|---|---|---|
| | 93.3% | 97.5% | 91.9% | 91.0% | 95.6% | 89.9% | 92.6% | 96.2% | 88.3% |

## JUDICIAL CLERKSHIP PLACEMENT (percentage of entire graduating class)



| | 07 DE | 07 HB | 07 NAT AVG | 08 DE | 08 HB | 08 NAT AVG | 09 DE | 09 HB | 09 NAT AVG |
|---|---|---|---|---|---|---|---|---|---|
| | 21.3% | 15.1% | 9.8% | 21.2% | 13.2% | 9.6% | 20.6% | 12.4% | 8.8% |

**LAW SCHOOL ASSOCIATES**
Franklin A. Miles Jr.

**BENCH AND BAR CLUB**
Kenneth J. Lopez

**CENTURY CLUB**
Robert O. Lindefjeld

**DONORS**
Rep. Patrick J. Murphy
Cynthia R. Ryan

**FACULTY & STAFF**

**BENEFACTORS**
Linda L. Ammons

**DEAN'S COUNCIL**
Dorothy D. Hemphill
James E. May
Deborah M. McCreery
Nathaniel C. Nichols
Mary Alice Peeling

**LAW SCHOOL ASSOCIATES**
Paula D. Garrison
Leslie A. Johnson
Robyn L. Meadows

**BENCH AND BAR CLUB**
Dana L. Harrington Conner
Alice E. Eakin
Patricia Fox
John L. Gedid
Michael J. Goldberg
Susan L. Goldberg
Robert I. Hayman Jr.
Roberta F. Mann
Nicholas A. Mirkay III
Rosemary R. Pall
Robert C. Power

**CENTURY CLUB**
Barbara L. Ayers
John J. Capowski
Francis J. Catania Jr.
Ann C. Conaway
Michael J. Cozzillio



# Widener Law

- ABOUT
- FACULTY
- ACADEMICS
- ADMISSIONS
- CAMPUS LIFE
- LAW LIBRARY
- NEWS/EVENTS
- PARALEGAL/LNC
- GIVING

## Class of 2010
### Full Time Legal Employment

☐ **Private Practice**
■ **Judicial Clerkship**
▩ **Government**
▨ **Business /Industry**
▨ **Public Interest**




5% 6%

10%

27%

52%

Employment Statistics and Trends

Widener Law Home ▌ Campus Life ▌ Career Development ▌ Employment Statistics and Trends

2010 Graduate Employment SurveyCDO Blog: Advice, Mentoring & VideosChat With A Career CounselorStep-by-Step Job Search GuideWorkshops and EventsRecruitment Events for StudentsMentoring: Student and AlumniServices for Evening StudentsReciprocity GuideRecruit Widener Students & Alumni

Employment Statistics and Trends

Career FAQContact & HoursNondiscrimination Policy

## Related Links

- Why Hire Widener
- Our Curriculum
- Our Grading Curve

- Our Alumni

Employment Statistics and Trends

## Judicial Clerkships

One employment trend for Widener graduates shows that a larger percentage of Widener's employed graduates obtain judicial clerkships than do employed graduates nationally. A judicial clerkship is a position with a sitting judge, usually for a term of one year, where a law graduate works closely with the judge on his or her cases. Judicial clerkships are highly sought after positions because they offer an outstanding opportunity to enrich a graduate's legal training under the tutelage of a judge. Many legal employers prefer to hire graduates who have had judicial clerkships.

## Class of 2010 Profile

*Graduates of the Class of 2010 had a* **93% employment/ advanced degree rate** *within nine months of graduation*

## Full Time Legal Employers

- Private Practice 52%
- Judicial Clerkship 27%
- Government 10%
- Business/Industry 5%
- Public Interest 6%

## Employer Locations

- Pennsylvania 57%
- Delaware 16%
- New Jersey 16%
- Maryland 2%
- New York 2%

Other graduates are located in California, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Missouri, Virginia, Washington, D.C. and Europe.

# EXHIBIT C

# What is the value of a law degree? Part 2

By Bill Hebert



*President, State Bar of California*

In last month's column, I wrote about the value of a law degree. This month, I'll explore the information available to law school students, the effects of transparency on the legal education system, and what our profession can do to help prospective students, law students and law school graduates. I owe a debt of gratitude to Steve Smith, the dean of California Western School of Law, and Bill Kahler, its director of financial aid, for their time and helpful advice.

### Law school reporting needs greater transparency

Young lawyers are demanding greater transparency in the law school application process. The American Bar Association's Young Lawyer Division last month voted to recommend that the ABA urge all law schools it accredits to provide more information to their applicants. The Young Lawyers' report in support of its "Truth in Law School Education" resolution proclaims, "It is incumbent upon the legal profession and law schools to provide each and every potential and current law student with information that will accurately reflect the employment and financial realities that they will face upon graduation from law school." The report notes that post-graduate law school employment percentages seem to be increasing, but that could be an artifact of law schools providing on-campus jobs for their graduates. To better prepare law students for the financial realities of a legal profession, the "truth" resolution would require ABA-accredited schools to report — in their catalogues, on their websites and in their notices of acceptance — accurate data that reflects whether their graduates obtain full- or part-time employment, whether it is in the public or private sector, their median reported salaries and whether the employment is temporary or permanent. The resolution also would require schools to report the cost of a legal education on a "per credit" basis. ABA President Stephen Zack reportedly supports the resolution, which will be presented to the House of Delegates in August.

Some young lawyers would argue that the "truth" resolution doesn't go far enough. In a recent white paper, two Vanderbilt Law School students (one a current student and the other a 2010 graduate), propose dramatic improvements in transparency of employment reporting by American law schools. The authors accuse law schools of hiding employment outcomes in aggregate statistical forms and identify post-graduation outcomes, the value of a degree and actual job opportunities as key selection factors in choosing a school. One crucial selection element is the amount of debt a law student can accumulate and expect to repay with or without financial hardship. The authors propose a model that would provide more detail about salary and employment data so prospective students would get a true picture of their post-graduate financial situation. The paper is an excellent source of information about the data presently available to applicants and law students.

The profession needs to require greater transparency in reporting by law schools. As a condition of ABA accreditation, law schools should be required, at a minimum, to comply with the Truth in Law School Education standards, if not even more rigorous reporting standards. In California, it might be time to consider imposing the same requirements on our state-accredited schools, so applicants can make informed choices.

The drumbeat of criticism over the law school rankings in *U.S. News and World Report* gets louder by the day. In a recent issue of *The New Yorker*, Malcolm Gladwell summarizes the various critiques of the *U.S. News* rating system. Lawyers, alumni and voluntary bars could lobby deans to stop conforming their practices to help raise their standings in these rankings.

**Recent improvements in student loan repayment options**

Within the past few years, the federal government has passed laws making it somewhat less painful to repay student loans. Income-Based Repayment (IBR) is a payment option for federal student loans. Repayment is capped at 15 percent of a borrower's discretionary income and for most eligible borrowers, IBR loan payments will be less than 10 percent of their income, and even less for borrowers with really low earnings. The remaining balance is forgiven after 25 years of qualifying payments. IBR covers most federal loans, but it does not cover private, state or institutional loans.

Under the Public Service Loan Forgiveness (PSLF) program, borrowers may qualify for forgiveness of any remaining balance on their eligible federal student loans after they have made 120 payments (10 years' worth) on those loans under certain repayment plans while employed by certain public service employers. The types of payment plans include IBR, Income-Contingent Repayments (that is, IBR's inferior older cousin) or standard 10-year repayments. Certain types of repayments and loans are not included, so students must plan carefully to take advantage of this program. Eligible jobs include working as a full-time employee for an entity organized under IRS code § 501(c)(3); as a full-time federal, state, local or tribal employee, which includes working in the office of an attorney general, district attorney, public defender, Judicial Advocates Corps, the FBI, etc.; as a full-time employee in AmeriCorps or Peace Corps; or working in a job that satisfies a public-service job test set out in the statute.

**Scholarships**

There is a need for private giving to fill the financial gap for many law students. TheCalifornia Bar Foundation gives diversity and public interest scholarships to worthy students as well as scholarships to cover bar exam costs. Launched in 2008, the Diversity Scholarship aims to bolster the pipeline of diverse individuals entering the legal profession. With awards of up to $7,500, the Diversity Scholarship alleviates the significant financial burden of attending law school, which can leave recent graduates more than $100,000 in debt, and provides confidence-boosting recognition to law students during the crucial first year of law school. Recipients, who come from communities underrepresented in the legal profession, are selected from a competitive pool of more than 250 applicants based on academic excellence, financial need and commitment to the community.

The foundation's Public Interest Scholarship recipients, who are nominated by their law schools and demonstrate a commitment to public service, academic excellence and financial need, receive scholarships of up to $7,500 to assist with tuition and related education expenses. This year's winners include aspiring environmental law specialists, grassroots activists, teachers, human rights advocates and students who have dedicated countless volunteer hours to various legal aid clinics and other nonprofit organizations.

To help graduating law students with the cost of preparing for and taking the bar exam, the foundation also awards 15 scholarships to cover Bar/Bri Bar Review courses, now costing more than $3,500. The top five winners receive an additional $2,000 cash stipend.

The foundation scholarships are funded by donations from private donors, mostly law firms, corporations and individual lawyers. Lawyers who want to give back to their profession should consider making a contribution to the bar foundation or similar organization in their home states.

Much is being done by our profession to help applicants and law students — more than I've outlined here, including law school loan forgiveness programs and law firm programs deferring associates (in lieu of termination) while donating their services to local nonprofit legal services providers — but much more can and should be done to increase transparency

in the law school admissions process and to give aid to students and newly minted lawyers who are suffering the effects of the current economic crisis.

# EXHIBIT D



Related Links

- Why Hire Widener
- Our Curriculum
- Our Grading Curve
- Our Alumni

# Employment Statistics and Trends

**Judicial Clerkships**
One employment trend for Widener graduates shows that a larger percentage of Widener's employed graduates obtain judicial clerkships than do employed graduates nationally. A judicial clerkship is a position with a sitting judge, usually for a term of one year, where a law graduate works closely with the judge on his or her cases. Judicial clerkships are highly sought after positions because they offer an outstanding opportunity to enrich a graduate's legal training under the tutelage of a judge. Many legal employers prefer to hire graduates who have had judicial clerkships.

**Class of 2010 Profile**
Graduates of the Class of 2010 had **a 93% employment / advanced degree program participation rate.** This rate includes full and part time legal, law-related and non-legal positions as well as advanced degree program participation within nine months of graduation. For more information, please download a comprehensive summary of employment statistics (PDF).

**Full Time Legal Employers**

- Private Practice 52%
- Judicial Clerkship 27%
- Government 10%
- Business/Industry 5%
- Public Interest 6%

**Employer Locations**

- Pennsylvania 57%
- Delaware 16%
- New Jersey 16%
- Maryland 2%
- New York 2%

Other graduates are located in California, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Missouri, Virginia, Washington, D.C. and Europe.

**Widener University School of Law**
**Harrisburg and Delaware Campus: Class of 2010**
**Employment Report and Salary Survey as of February 15, 2011**

I.    **Overall**

| | | |
|---|---|---|
| Number of Graduates | | 376 |
| Responses | | 326 |
| Unknown | | 32 |
| Not Seeking Work | | 18 |

II.    **Respondents (326)**

| | | |
|---|---|---|
| Employed (288)/Advanced Degree (16) | 304 | 93% |
| Unemployed and Seeking | 22 | 7% |

III.    **Employed (288)**
      **A. Employment Status**

| | | |
|---|---|---|
| Full - time Legal | 192 | 67% |
| J.D. Preferred | 39 | 13% |
| Full - time Professional | 32 | 11% |
| Full - time Other Non-Legal | 1 | 1% |
| Part - time Legal | 7 | 2% |
| Part - time Professional | 9 | 3% |
| Part – time Other Non Legal | 6 | 2% |
| Working Type Unknown | 2 | 1% |

      **B. Employment Location (# reporting location=288)**

| | | |
|---|---|---|
| Pennsylvania | 164 | 57% |
| New Jersey | 46 | 16% |
| Delaware | 45 | 16% |
| Virginia | 2 | 1% |
| Maryland | 7 | 2% |
| New York | 6 | 2% |

Remaining graduates are in California (2), Connecticut (3), District of Columbia (4), Florida (3), Georgia (1), Hawaii (1), Illinois (1), Indiana (1), Missouri (1), Europe (1) (6%).

IV.    **Full time Legal Employment (192)**

| | | |
|---|---|---|
| Private Practice | 99 | 52% |
| Judicial Clerkship | 51 | 27% |
| Government | 20 | 10% |
| Business/Industry | 10 | 5 % |
| Public Interest | 12 | 6 % |

V.    **Salary for Full-time Legal Employment**

| Type of Employment | Salary Range | Average | Median |
|---|---|---|---|
| Private Practice | $23,000-$145,000 | $78,394 | $66,750 |
| Judicial Clerkship | $30,000-$65,000 | $45,370 | $45,000 |
| Government | $32,000-$54,000 | $42,563 | $42,000 |

**Widener University School of Law**
<u>**Delaware Campus: Class of 2010**</u>
**Employment Report and Salary Survey as of February 15, 2011**

I.      <u>**Overall**</u>
        Number of Graduates                                            254
        Responses                                                      221
        Unknown                                                         25
        Not Seeking Work                                                 8

II.     <u>Respondents</u> **(221)**
        Employed (195)/Advanced Degree (10)          205          93%
        Unemployed and Seeking                        16           7%

III.    <u>**Employed**</u> **(195)**

        **A. Employment Status**
        Full - time Legal                            126          65%
        J.D. Preferred                                29          15%
        Full - time Professional                      24          12%
        Full - time Other Non-Legal                    1          .5%
        Part - time Legal                              4           2%
        Part - time Professional                       5         2.5%
        Part – time Other Non- Legal                   5         2.5%
        Working Type Unknown                           1          .5%

        **B. Employment Location (# reporting location=195)**
        Pennsylvania                                  97          50%
        New Jersey                                    33          17%
        Delaware                                      45          23%
        Maryland                                       4           2%

        Remaining graduates are in California (1), Connecticut (3), District of Columbia (3),
        Georgia (1), Hawaii (1), Illinois (1), Indiana (1), Missouri (1), and New York (4) (8%).

IV.     <u>**Full time Legal Employment**</u> **(126)**
        Private Practice                              70          55%
        Judicial Clerkship                            32          25%
        Government                                    11           9%
        Business/Industry                              7           6%
        Public Interest                                6           5%

V.      <u>**Salary for Full-time Legal Employment**</u>

| Type of Employment | Salary Range | Average | Median |
|---|---|---|---|
| Private Practice | $42,500 - $145,000 | $84,667 | $72,500 |
| Judicial Clerkship | $38,480 - $50,000 | $45,430 | $45,500 |
| Government | $32,000 - $50,000 | $39,000 | $35,000 |

**Widener University School of Law**
**Harrisburg Campus: Class of 2010**
**Employment Report and Salary Survey as of February 15, 2010**

I.   **Overall**
Number of Graduates                                      122
Responses                                               105
Unknown                                                   7
Not Seeking                                              10

II.  **Respondents (105)**
Employed (93)/Advanced Degree (6)          99          94%
Unemployed and Seeking                      6           6%

III. **Employed (93)**

A. **Employment Status**
Full -time Legal                           66          71%
J.D. Preferred                             10          11%
Full - time Professional                    8           9%
Full – time Other Non Legal                 1           1%
Part – time Legal                           3           3%
Part – time Professional                    4           4%
Working Type Unknown                        1           1%

B. **Employment Location (# reporting location= 93)**
Pennsylvania                               67          72%
New Jersey                                 13          14%
New York                                    2           2%
Maryland                                    3           3%
Remaining graduates are in California (1), District of Columbia (1), Florida (3),
Virginia (2), Europe(1) (9%).

IV.  **Full time Legal Employment** (66)
Private Practice                           29          44%
Judicial Clerkship                         19          29%
Government                                  9          14%
Public Interest                             6           9%
Business & Industry                         3           4%

V.   **Salary for Full-time Legal Employment**

| Type of Employment | Salary Range | Average | Median |
|---|---|---|---|
| Private Practice | $23,000-$105,000 | $63,340 | $58,200 |
| Judicial Clerkship | $30,000-$65,000 | $45,240 | $45,000 |
| Government | $37,500-$54,000 | $44,700 | $44,000 |

# EXHIBIT E

# *The New* REPUBLIC

Published on *The New Republic* (http://www.tnr.com)

Served

How law schools completely misrepresent their job numbers.

- Paul Campos
- April 25, 2011 | 12:00 am



This month, thousands of ambitious young people are asking themselves the same question: Does it make sense to invest $100,000 to $250,000, and the next three years of my life, to become officially qualified to work as a lawyer? For most people considering law school, this question is hardly an easy one. Law schools, however, make it much harder than it needs to be by publishing misleading data about their employment statistics. Many law schools all but explicitly promise that, within a few months of graduation, practically all their graduates will obtain jobs as lawyers, by trumpeting employment figures of 95 percent, 97 percent, and even 99.8 percent. The truth is that less than half will.

There are two main sources of information on post-law-school employment rates. One is *U.S. News and World Report* (USNWR), which publishes statistics for individual schools as part of its annual law-school rankings. These rankings, of course, are much reviled but even more greatly feared by deans and admissions officers. (Prospective law students pay very careful attention to the rankings, which means law schools must as well.) Until little more than a month ago, almost all 198 ABA-accredited law schools were<u>reporting nine-month employment rates of more than</u>

90 percent, and it was a rare top 100 school that had a rate of less than 95 percent. But last month, in the wake of criticisms that these figures were literally incredible, USNWR revised its employment statistics in an effort to combat some of the legerdemain law schools engaged in, such as excluding from their calculations graduates who described themselves as unemployed but not seeking work. The new USNWR percentages are therefore somewhat less inaccurate: Schools that, until a few weeks ago, were claiming one in 500 graduates were unemployed now claim one in 30 are, while those who were advertising 95 percent employment rates are saying one in six graduates don't have jobs, and so on down the hierarchical line.

The other source is the National Association for Law Placement (NALP)—the group to which the ABA delegates the compiling of employment statistics that ABA-accredited law schools are required to report. According to the NALP, 88.2 percent of all law school graduates are "employed" within nine months of graduation. If we exclude people employed in non-legal jobs, and people doing part-time work, the NALP number drops to 62.9 percent.

There are a few problems, however, with even this lower number. The first is that it is only reported for law schools as a whole. NALP does not provide this number for individual schools, while USNWR does not report it at all. This means that the only school-specific information currently available to students is extremely misleading.

But the bigger problem is that the 62.9 percent figure is still too high. While it excludes non-legal jobs and part-time work, it does not exclude people in temporary positions. So it seems worth asking: How many of the graduates who report doing full-time legal work have *permanent* jobs—in the employment law sense of permanent—as opposed to doing temp work, such as being paid $20 an hour to proofread financial documents in a warehouse, or $12 an hour to do slightly glorified secretarial tasks?

In this regard, the public NALP data is of little use—while the NALP collects information from graduates about whether their jobs are permanent or temporary, it makes no distinction between the two in the information it publishes. In order to calculate this figure, I used employment data drawn from 183 individual NALP forms, in which graduates of one top 50 school self-reported their employment status nine months after graduation. This data suggests that fully one-third of those graduates who report they are working in full-time jobs that require a law degree are in temporary, rather than permanent, positions. (Some of these graduates are temporarily employed as judicial clerks, and, in those cases where the clerkships were with federal courts or state supreme courts, I have treated this as equivalent to permanent full-time legal employment. Such clerkships are difficult to obtain, and considered desirable credentials by legal employers. I have treated state trial court clerkships as genuinely temporary employment, since few law graduates will accept such a clerkship if they have the option of taking a full-time permanent legal job

instead. I have excluded the tiny percentage of graduates in state appellate court clerkships altogether, because the desirability of such positions compared to a full-time legal job is ambiguous.)

When we take temporary employment into account, it appears that approximately 45 percent of 2010 graduates of this particular top-50 law school had real legal jobs nine months after graduation. And the overall number is likely lower, since it seems probable that the temporary employment figures for the graduates of almost any top 50 school would be better than the average outcome for the graduates of the 198 ABA-accredited law schools as a whole.

Even this grim figure, however, may be unduly optimistic. All these statistics are based on self-reporting, and neither law schools nor NALP audit the data they publish. In the course of my research, I audited a representative sample of individual graduate responses and found several instances of people describing themselves as employed permanently or full-time, when in fact they had temporary or part-time jobs (I found no instances of inaccuracies running in the other direction). Perhaps some graduates exaggerate their employment status out of embarrassment, or for strategic reasons, but, whatever their reasons might be, this apparently not uncommon practice suggests that the true employment rate should be lowered even further.

Yet even this does not exhaust the dire news for those about to enter the legal profession. Some schools have adopted the practice of placing their graduates in temporary positions, which, whatever the rationale, has the benefit of helping to inflate their employment numbers. For example, this winter the top 50 school referenced above hired at least two unemployed graduates for short-term internships. Last year, Georgetown's law school paid three unemployed graduates $20 an hour to spend six weeks working in, of all places, its admissions office.

Nor have we considered how the "lucky" winners in the big law lottery often accept jobs that make them miserable, featuring insane hours and unfulfilling work, but which these graduates conclude they must take in order to pay their often astronomical educational debt (adjusted for inflation, public law school tuition has quintupled, and private law school tuition has nearly tripled, since the mid-1980s). If you're a law professor and you want to get depressed, try to figure out how many of your recent graduates have real legal jobs that pay enough to justify the tuition that funds your salary, and also involve doing the kind of work they wanted to do when they went to law school.

All of this suggests the extent to which prospective law students need more and better information. Of course, such information will make law school look like a far worse investment than it does at present. Still, if we assume that the point of academic work is to reveal the truth,

rather than to engage in the defense of a professional cartel from which law professors benefit more than almost anyone else, then this work needs to be done.

*Paul Campos is a professor of law at the University of Colorado.*