## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HARNISH, JUSTIN SCHLUTH, ROBERT KLEIN, ROBERT MACFADYEN, GREGORY EMOND, MEGAN SHAFRANSKI, CHRISTINA MARINAKIS, AND AYLA O'BRIEN KRAVITZ on behalf of Themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WIDENER UNIVERSITY SCHOOL OF LAW, and DOES 1-20,<br><br>    Defendants. | **Civil Action No.2:12-CV-00608 (WHW-MCA)** |

### NOTICE OF VOLUNTARY DISMISSAL AS TO THE FIRST CAUSE OF ACTION OF PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE

Plaintiffs hereby enter this Notice of Voluntary Dismissal as to the First Cause of Action of Plaintiffs' Amended Complaint with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Defendant has neither served an answer nor a motion for summary judgment in this action. Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: July 17, 2012

Respectfully submitted,

**STONE & MAGNANINI LLP**

By: /s/ David S. Stone____
    David S. Stone
    Jason C. Spiro
    David B. Harrison
    **Stone & Magnanini LLP**
    150 JFK Parkway,
    Short Hills, NJ 07078
    Phone (973) 218-1111
    Facsimile (973) 218-1106

    David Anziska
    **The Law Offices of David Anziska**
    305 Broadway, 9th Fl.
    New York, NY 10007
    Phone (212) 822-1496
    Facsimile (212) 822-1437

    Jesse Strauss
    **Strauss Law PLLC**
    305 Broadway, 9th Fl.
    New York, NY 10007
    Phone (212) 822-1496
    Facsimile (212) 822-1437

    *Counsel for Plaintiffs, individually*
    *and for all others similarly situated*