NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN HARNISH, JUSTIN SCHLUTH, ROBERT KLEIN, ROBERT MACFADYEN, GREGORY EDMOND, AYLA O'BRIEN KRAVITZ, MEGAN SHAFRANSKI, CHRISTINA MARINAKIS, on behalf of themselves and all others similarly situated, | **AMENDED ORDER** <br><br> Civ. No. 12-CV-00608 (WHW) |
| Plaintiffs, <br> v. <br><br> WIDENER UNIVERSITY SCHOOL OF LAW, and DOES 1-10. <br><br> Defendants. |  |

**Walls, Senior District Judge**

For the reasons expressed in the May 3, 2013 opinion, on this 7th day of May 2013:

It is **ORDERED** that Defendant's motion for reconsideration is **DENIED**.

 

**s/ William H. Walls**

United States Senior District Judge