NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HARNISH, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WIDENER UNIVERSITY SCHOOL OF LAW and DOES 1-20,<br><br>Defendants. | Civil Action No. 12-00608 (SDW) (CLW)<br><br>**ORDER**<br><br>September 23, 2019 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Cathy L. Waldor's ("Judge Waldor") Report and Recommendation ("R&R"), dated September 5, 2019, which recommends that this action be dismissed with prejudice as to Plaintiff Gregory Emond for failure to prosecute. No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Waldor in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Waldor (D.E. 173) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

      /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
     Magistrate Judge Waldor